**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| FATIMA CLIFTON, ) | |
| ) | CASE NO. 1:13CV1895 |
| Plaintiff, ) | |
| ) | |
| v. ) | MAGISTRATE JUDGE GREG WHITE |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social ) | **JUDGMENT ENTRY** |
| Security, ) | |
| ) | |
| Defendant. ) | |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is VACATED and the case REMANDED for further proceedings consistent with the Court's opinion.

IT IS SO ORDERED.

                                                    /s/ Greg White
                                                  U.S. Magistrate Judge

Date: July 1, 2014